

# THE THIRTEENTH COURT OF APPEALS

## 13-18-00606-CV

Argelio and Ana Herrera
v.
Germania Farm Mutual Insurance Association and Tracey Lachee Burkes

On appeal from the
County Court at Law No. 4 of Cameron County, Texas
Trial Cause No. 2017-CCL-00933

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed for want of jurisdiction. The Court orders the appeal DISMISSED FOR WANT OF JURISDICTION in accordance with its opinion. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

February 14, 2019